UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BELLINGER, | Case No. 1:14-cv-01076-JAM-BAM |
| Plaintiff, | **ORDER TO REFER MOTIONS TO MAGISTRATE JUDGE AND TO VACATE HEARINGS** |
| v. | |
| WELLS FARGO BANK, N.A. *et al.*, | **(Docs. 8, 14).** |
| Defendants. | |

_____/

To expedite this matter and to promote best use of resources, this Court REFERS the Motion to Dismiss filed by Defendants Wells Fargo Bank, N.A., and U.S. Bank National Association (Doc. 8), and the Motion to Remand filed by Defendant U.S. Bank National Association (Doc. 14), to U.S. Magistrate Judge Barbara A. McAuliffe to issue Findings and Recommendations or Orders deemed appropriate. This Court VACATES the October 10, 2014 and October 17, 2014 hearings on the Motions set currently before the Court and ORDERS the parties not to appear in Court at the time set for the hearing. The Magistrate Judge will inform the parties if she wishes to reset the hearing.

DATED: September 18, 2014

/s/ John A. Mendez_____
UNITED STATES DISTRICT COURT JUDGE

1