UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP, CSMC MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-4,<br><br>       Plaintiff,<br>  v.<br>MARK BELLINGER,<br><br>       Defendant.<br>_____/ | Case No. 1: 14-cv-1538-JAM-BAM<br><br>**ORDER STRIKING DOCUMENT FILED ON OCTOBER 14, 2014 (Doc 10) AS DUPLICATIVE OF DOCUMENTS IN DOCKET ENTRY #1** |

Defendant Mark Bellinger ("Defendant"), proceeding pro se, filed this "removal" action on September 2, 2014. (Doc. 1.) The Court then directed Defendant to submit his filing fee for this action. (Doc. 8.)  In the meantime, this Court issued Findings and Recommendations on October 2, 2014 finding that the Court lacks subject matter jurisdiction over this unlawful detainer action, and therefore recommending this case be remanded to the Calaveras County Superior Court.  (Doc. 9.)  Defendant filed his filing fees on October 14, 2014.  At the time defendant submitted his filing fee, he submitted a "Notice of Removal." (Doc. 10.)  The Court has reviewed this Notice of Removal and finds that the substance of the documents are duplicative of the Notice of Removal already on file with the Court and filed at Docket entry 1. Accordingly, IT IS HEREBY ORDERED that the "Notice of Removal" filed on October 14, 2014 (Doc. 10) is STRICKEN from the record.
IT IS SO ORDERED.

Dated:   **October 15, 2014**           /s/ *Barbara A. McAuliffe*           
                                                           UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28