UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP, CSMC MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-4,<br><br>Plaintiffs,<br><br>v.<br><br>MARK BELLINGER,<br><br>Defendant.        / | Case No. 1: 14-cv-1538-JAM-BAM<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO REMAND CASE  TO CALVERAS COUNTY SUPERIOR COURT** |

Defendant Mark Bellinger ("Defendant"), proceeding pro se, removed this action from Calaveras County Superior Court on September 2, 2014. (Doc. 1.) The underlying complaint is an unlawful detainer action filed by Plaintiff ("Plaintiff"). *Id.*

On October 2, 2014, United States Magistrate Judge Barbara A. McAuliffe, issued Findings and Recommendations recommending this case be remanded to the Calaveras County Superior Court for want for subject matter jurisdiction. (Doc. 9.) The Findings and Recommendations were served on the parties and contained notice to the parties that any objections to the Findings and Recommendations were to be filed within fourteen days of service of the Findings and Recommendations. (Doc. 8, 5: 28.) The parties have not filed timely objections to the Findings and Recommendations.

1

In accordance with the provisions of Title 28 of the United States Code section 636(b)(1)(c), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed October 2, 2014, are adopted in full;
2. This case is hereby REMANDED to the Calaveras County Superior Court.

DATED: November 7, 2014

/s/ John A. Mendez_____
UNITED STATES DISTRICT COURT JUDGE